ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| HIGINIO ORTIZ ARROYO,<br><br>Recurrida,<br><br>v.<br><br>EDNA ARROYO TORRES, AIXA GONZÁLEZ LOUBRIEL,<br><br>Peticionaria. | TA2025CE00312 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón.<br><br>Civil núm.: BY2024CV06301.<br><br>Sobre: incumplimiento de contrato. |

Panel integrado por su presidenta, la jueza Romero García, el juez Rivera Torres y la jueza Mateu Meléndez[1].

Romero García, jueza ponente.

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de agosto de 2025

El 18 de agosto de 2025, las peticionarias, señoras Edna Arroyo Torres y Aixa González Loubriel (las peticionarias), instaron este recurso discrecional de *certiorari*[2], con el fin de que este foro intermedio revoque la *Resolución Interlocutoria*[3] dictada y notificada el 21 de julio de 2025, por el Tribunal de Primera Instancia, Sala Superior de Bayamón. En ella, el foro primario declaró sin lugar la solicitud de desestimación de la cuarta demandada enmendada presentada en el caso del título[4].

Evaluado el recurso de *certiorari*, así como los documentos que obran en su apéndice, y prescindiendo de la comparecencia de la parte recurrida[5], este Tribunal concluye que la parte peticionaria no pudo

---

[1] Mediante la Orden Administrativa OATA-2025-155 del 19 de agosto de 2025, se designó a la Hon. Ana M. Mateu Meléndez, en sustitución de la Hon. Gloria L. Lebrón Nieves, ya que esta última se encuentra fuera del Tribunal por causas justificadas.

[2] Coetáneamente, las peticionarias presentaron una **solicitud en auxilio de jurisdicción, la cual denegamos en esta *Resolución***.

[3] En síntesis, el foro primario concluyó que la desestimación, en esta etapa de los procedimientos, resultaba improcedente.

[4] Una petición de *certiorari* similar fue presentada por las peticionarias; la expedición del recurso fue denegada por este Tribunal el 12 de junio de 2025. *Véase*, KLCE202500589.

[5] Ello, conforme a la Regla 7(B)(5) del Reglamento de este Tribunal de Apelaciones, que nos permite "prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante [nuestra] consideración, con el propósito de lograr su más justo y eficiente despacho […]". *In re aprobación de Enmiendas*

establecer que el foro primario hubiera incurrido en error alguno. Tampoco surge del expediente que el tribunal recurrido haya abusado de la discreción que le asiste, de forma tal que se haga meritorio eludir la norma de abstención judicial que regula el ejercicio de nuestras funciones.

Así pues, en virtud de lo dispuesto en la Regla 40 del Reglamento de este Tribunal de Apelaciones, según enmendado, *In re aprobación de Enmiendas al Reglamento del Tribunal de Apelaciones*, Resolución ER-01, 2025 TSPR 42, 215 DPR ___ (2025), resolvemos **denegar la expedición del auto de *certiorari*, así como la solicitud en auxilio de jurisdicción**.

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

*al Reglamento del Tribunal de Apelaciones*, Resolución ER-01, 2025 TSPR 42, 215 DPR ___ (2025).